IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 10-00914-FRZ-JCG |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| Norman Garcia, ) | |
| Defendant(s). ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Sever (Doc. 28) and Motion to Dismiss (Doc. 29).

On August 2, 2010, Magistrate Judge Jennifer C. Guerin conducted a hearing and on September 10, 2010 issued her Report and Recommendation (Doc. 38). A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Defendant's Motion to Sever and Motion to Dismiss are DENIED.

DATED this 7th day of October, 2010.

_Frank R. Zapata_
Frank R. Zapata
Senior United States District Judge